RJK/ACT                                                                                                   03250-0080

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| RANDY LIEBICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:20-cv-02368 |
| | ) | Honorable Steven C. Seeger |
| JOSEPH DELGIUDICE; GREGORY | ) | District Judge |
| FIGIEL, EDWARD KUNZ, THOMAS | ) | |
| SZALINSKI; BORIS BRBOS; RAY | ) | Honorable David M. Weisman |
| BRADFORD; ROBERT LIEBICH; PAUL | ) | Magistrate Judge |
| SEVERIN; LORENZO MUNOZ; | ) | |
| RUSH UNIVERSITY MEDICAL CENTER; | ) | |
| COUNTY OF DUPAGE; and VILLAGE | ) | |
| OF ROSELLE, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

**TO:**   Counsel of Record

I, Lee Watson, the undersigned non-attorney, on oath, state that I served the following discovery documents on behalf of **Defendants Paul Severin, M.D. and Lorenzo Munoz, M.D.**:

1. First Set of Interrogatories Propounded by Defendant Paul Severin, M.D. Upon Plaintiff; and
2. First Set of Interrogatories Propounded by Defendant Lorenzo Munoz, M.D. Upon Plaintiff.

on counsel of record listed on the attached Service List via email on or before 5:00 p.m. on October 8, 2021.

Respectfully submitted,

**SWANSON, MARTIN & BELL, LLP**

By: _____/s/*Richard J. Keating, Jr.*_____
One of the Attorneys for Defendants
Lorenzo Munoz, M.D. and Paul Severin, M.D.

Richard J. Keating, Jr. (ARDC No. 6229550)
Aiju C. Thevatheril (ARDC No. 6269294)
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100 (p) // (312) 321-0990 (f)
rkeating@smbtrials.com
athevath@smbtrials.com

RJK/ACT  03250-0080

# SERVICE LIST

*Liebich vs. Delgiudice, et al*
*Case No. 20-cv-2368*

***Plaintiff***
Jonathan I. Loevy, Esq.
Arthur Loevy, Esq.
Megan C. Pierce, Esq.
Sam Heppell, Esq.
Loevy & Loevy
311 North Aberdeen, 3rd Floor
Chicago, Illinois  60607
(312) 243-5900
jon@loevy.com
arthur@loevy.com
megan@loevy.com
sam@loevy.com

***Joseph DelGiudice; Michael Figiel, as Special Representative for Gregory Figiel, deceased; Edward Kunz; Thomas Szalinski; Boris Vrbos; Ray Bradford; Robert Liebich; and Village of Roselle***
James G. Sotos, Esq.
Caroline P. Golden, Esq.
Joseph M. Polick, Esq.
David A. Brueggen, Esq.
The Sotos Law Firm, P.C.
141 West Jackson Boulevard, Suite 1240A
Chicago, Illinois  60604
(630) 735-3300
JSotos@jsotoslaw.com
cgolden@jsotoslaw.com
JPolick@jsotoslaw.com
DBrueggen@jsotoslaw.com

***Rush University Medical Center:***
Daniel J. Cozzi, Esq.
Mason W Kienzle, Esq.
Mark M. Burden (6210559)
Donohue Brown Mathewson & Smyth LLC
140 S. Dearborn Street, Suite 800
Chicago, IL 60603
(312) 422-0996
cozzi@dbmslaw.com
kienzle@dbmslaw.com
burden@dbmslw.com

***County of DuPage***
Lisa A. Smith, Esq.
Trevor M.J. Prindle, Esq.
Nicholas V. Alfonso, Esq.
DuPage County State's Attorney's Office
503 North County Farm Road
Wheaton, Illinois  60187
(630) 407-8200
Lisa.smith@dupageco.org
trevor.prindle@dupageco.org
Nicholas.Alfonso@dupageco.org