# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RANDY LIEBICH, | **JURY TRIAL DEMANDED** |
| *Plaintiff-Appellant,* | Case No. 20-cv-2368 |
| v. | Hon. M. David Weisman |
| PAUL SEVERIN, et al. | |
| *Defendants-Appellees.* | |

## NOTICE OF APPEAL

Notice is hereby given that Randy Liebich, Plaintiff-Appellant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order and Judgment in a Civil Case of the United States District Court, Northern District of Illinois, Eastern Division, entered in this action on August 9, 2023 (Dkts. 331, 332) dismissing Plaintiff-Appellant's complaint. Plaintiff-Appellant Randy Liebich also appeals from all other orders made appealable by entry of final judgment.

By this appeal, Plaintiff-Appellant Randy Liebich will ask the Court of Appeals to reverse the judgment, orders, and rulings of the District Court and grant such other relief as he may be entitled to on this appeal.

RANDY LIEBICH

By: /s/ Sam Heppell
One of Plaintiff's Attorneys

Attorneys for Plaintiff
Arthur Loevy
Jon Loevy
Sam Heppell
Megan Pierce
Wallace Hilke
LOEVY & LOEVY
311 N. Aberdeen St.
Third Floor
Chicago, IL 60607
(312) 243-5900
(312) 243-5902 (fax)

## CERTIFICATE OF SERVICE

I, Sam Heppell, an attorney, hereby certify that on September 8, 2023, I caused the foregoing document to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

By: /s/ Sam Heppell
One of Plaintiff's Attorneys