# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

January 26, 2024

*By the Court*:

| | |
|---|---|
| No. 23-2783 | RANDY LIEBICH,<br>　　　　　　　Plaintiff - Appellant<br><br>v.<br><br>PAUL SEVERIN, et al,<br>　　　　　　　Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:20-cv-02368<br>Northern District of Illinois, Eastern Division<br>Magistrate Judge M. David Weisman | |

On December 13, 2023, and January 5, 2024, the court ordered the appellant to show cause why this appeal should not be dismissed for lack of prosecution based on the failure to timely file an opening brief. Although the most recent response was due January 19, 2024, the appellant has failed to respond or file the required opening brief.

Accordingly, **IT IS ORDERED** that this appeal is **DISMISSED** for lack of prosecution. See Cir. R. 31(c)(2).

form name: **c7_FinalOrderWMandate**     (form ID: **137**)

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit