# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

January 26, 2024

To:  Thomas G. Bruton
     UNITED STATES DISTRICT COURT
     Northern District of Illinois
     Chicago, IL 60604-0000

| No. 23-2783 | RANDY LIEBICH,<br>            Plaintiff - Appellant<br><br>v.<br><br>PAUL SEVERIN, et al,<br>            Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:20-cv-02368<br>Northern District of Illinois, Eastern Division<br>Magistrate Judge M. David Weisman ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                                 Circuit Rule 31(c)

STATUS OF THE RECORD:                                              no record to be returned

form name: **c7_Mandate**   (form ID: **135**)